# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:  Case No.: 3:09-ap-00567

Kristian Kohrs,  Chapter 7

    Debtor.

VyStar Credit Union,

    Plaintiff,

vs.

Kristian Kohrs,

    Defendant.

_____/

## **MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

COMES NOW VyStar Credit Union ("Plaintiff"), by and through its undersigned counsel, and pursuant to Bankruptcy Rule 7012, Rule 55 of the Federal Rules of Civil Procedure, hereby requests this Court to enter Judgment by Default against the Debtor , and as grounds therefore would allege:

1. The Plaintiff has filed its Motion for Entry of a Clerk's Default and Affidavit of Non-Military Service. The Clerk's Default has been entered in this cause.

2. The Plaintiff is filing its Affidavit on the Merits and the Amount Due as Set Forth in the Complaint concurrently herewith.

WHEREFORE, Plaintiff respectfully requests this Court to enter its Judgment by Default against the Debtor and to enter a money judgment in favor of the Plaintiff and against the Debtor, in the principal amount of $7,645.56, together with the costs of this action, and for such

other and further relief as this Court deems just and equitable.

                        **Thrasher & Heckman, P.A.**
                        *Attorneys for Creditor*

                        By: /s/ Chad D. Heckman
                        Chad D. Heckman
                        Florida Bar No. 0526029
                        908 North Gadsden Street
                        Tallahassee, Florida 32303-6316
                        Voice: (850) 224-8685
                        Fax: (850) 224-1254
                        Email: chad@thrasherandheckman.com
                        Web: www.thrasherandheckman.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been furnished by U.S. Mail and/or electronic means via the CM/ECF system on the date indicated in CM/ECF as the electronic filing date of this pleading to: Kristian Kohrs, 211 N Whitney St, Saint Augustine, FL 32084-0439, *Pro Se* Debtor (usual place of abode), and Gregory K. Crews, 8584 Arlington Expy, Jacksonville, FL 32211-8003, Trustee (usual place of business).

                        /s/ Chad D. Heckman
                        Attorney